# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Central Division

| | |
|---|---|
| Shawn B. Hermes | ) Case No. _____ |
| _____ | ) |
| **Plaintiff(s)** | ) _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
| | ) |
| | ) |
| Jones County IA, County Attorney | ) |
| **Defendant(s)** | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names. Do not include addresses here.) | ) |

RECEIVED
NOV 15 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

9.2

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: *Shawn B Hermes*

All other names by which
you have been known:

ID Number: *6326813*

Current Institution: *IMCC Iowa Medical + Classification Center*

Address: *2700 Coral Ridge Ave*

*Coralville*          *IA*        *52241-4708*
City               State          Zip Code

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: *Shawn B Hermes*

All other names by which you have been known: _____

ID Number: *6326813*

Current Institution: *IMCC Iowa Medical & Classification Center*

Address:
*2700 Coral Ridge Ave*
*Coralville      IA    52241-4708*
| City | State | Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: *Jones County County Attorney*

Job or Title *(if known)*: *(Kristopher Lyons)(Sara L. Smith)*

Shield Number: _____

Employer: *Jones County Attorney Office*

Address: *Jones County Attorney 500 W Main St*
*Anamosa      IA    52205*
| City | State | Zip Code |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**

Name: _____

Job or Title *(if known)*: _____

Shield Number: _____

Employer: _____

Address: _____
| City | State | Zip Code |

☐ Individual capacity  ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

## Civil Rights + Constitutional Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.       Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.       If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*I was in jail in Jones County When this situation arose.*

B.       If the events giving rise to your claim arose in an institution, describe where and when they arose.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

<u>July/19, 2023 — August 7, 2023</u>

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

While I was in Jail I found out on the second day I was in there that my house was robed. Everything was stollen my cars, my Harley, my tools, my Electronics, My dogs Everything was gone. I the Sheriffs office of Jones County, IA had raided my house on 7-11-23 (Attched sheet #1)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have PTSD, Sever Anxity, Sever Depression, Agoraphibia, all documented. I set of all of my Anxityies thru the roof. I could barly hold my self together through all of this.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I have lost every thing I owen because of the Sherriff department they have done nothing to retrive any thing my cars, my harley, my tools, my dogs + I have even lost my home which all is all priceless to me but punitive dameges of 10,000,000 dollars will be what I am asking and for my mental state also.

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Jones County Jail, IOWA*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

☒ If yes, which claim(s)?

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

2.      What did you claim in your grievance?

3.      What was the result, if any?

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*The Jail told me I could not file a greivance against the County Attorneys*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

   Plaintiff(s)     _____

   Defendant(s)    _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐ Yes

        ☒ No

        If no, give the approximate date of disposition _____

    7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Oct, 31, 2024_

Signature of Plaintiff _Shawn Hermes_

Printed Name of Plaintiff _Shawn Hermes_

Prison Identification # _6326813_

Prison Address _IMCC 2700 Coral Ridge Ave_

_Coralville        IA    52241-4708_
          City              State        Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
          City              State        Zip Code

Telephone Number _____

E-mail Address _____

Case load for 1 attorny
1/300 stagnant concerns
that needs addressed.
Severe lack of communication
and interaction.
Waiting months in jail then
coherced in steep sentences
and by the time you finally
get to go court youll sign
anything to get out. Intern
gives DA high conviction rate
which is unfair and w/ improper
council equals DA out CH
high high conviction uses it
for votes, abuses and uses
it to and for his own
personal gain not
for justice. lost paperwork,
Double Jeopardy charges??
easing proffesional and personal
pearls and issues of all kinds

civil rights abuse, Housing loss, stress on relationships, Job loss Divorce, loss of Vehicles causing PTSD, anxiety, Depression even Suicide which Drives a person Back To Substance abuse im Back in the Vicious circle of The coniving County attorny = one Person way to much power. Cannot call clerk of court collect. no programs for anything substance abuse, Homelessness Drug or alcohol nothing

please investigate this Jones County Jail and County attorny

Sincerly :

INMATE : Paul Willm

Shawn Hermes    06/29/24

Mike Feinold    Logan Potts

Jordan Jaiger

**Re: Inmate Request: Inmate Request**

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/17/2023 2:41 PM
To:SHAWN BERRY HERMES <request+1515372_245f969d-59ce-4d48-8ce4-
140eff111169@inmates.reliancetelephone.com>

I have advised Sergeant Smith that you would like to speak with him to report items stolen.

Jail Administrator Tate

**From:** SHAWN BERRY HERMES <request+1515372_245f969d-59ce-4d48-8ce4-
140eff111169@inmates.reliancetelephone.com>
**Sent:** Saturday, July 15, 2023 7:13 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/15/2023 07:13:43 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
4


Request type:

requestType
-----------
Other



EXPLANATION:

requestText
-----------
My garage has been broken in to and my harly has been stolen

Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/17/2023 2:44 PM
To:SHAWN BERRY HERMES <request+1515375_9bd52484-9a02-4930-8dc2-
aea397037737@inmates.reliancetelephone.com>

I advised Sergeant Smith that you had information that you would like to provide. He advised he would
discuss with the Deputies, and they would determine who would be coming up to speak with you.

Jail Administrator Tate

**From:** SHAWN BERRY HERMES <request+1515375_9bd52484-9a02-4930-8dc2-
aea397037737@inmates.reliancetelephone.com>
**Sent:** Saturday, July 15, 2023 7:20 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/15/2023 07:20:07 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
4

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
I want to talk to officer dennistion asap he will want to talk to me i have info he is very interested in

about:blank

Still no one has taken me seriously about my stolen harley really i still have rights even though mine are clearly being violated so i will inform my lawyer and i sill make sure that this is all documented when i sue the whole sherriff department for voilating my rights its has been gone since the second day i was incarserated in here and no one has even come to talk to me about it which give them more time to tear down or move my custom harely farther away from here



Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/31/2023 2:23 PM

To: SHAWN BERRY HERMES <request+1525591_178b58f2-d934-4fbb-b2ef-b6129474e187@inmates.reliancetelephone.com>

Your request has been passed along to Sergeant Tim Smith of the Sheriff's Office. This is the extent of what the jail is able to do for you. If you would like to reach out directly to the Sheriff's Office, you can contact the non-emergent number 319-462-4371. You can also write to the Sheriff's Office at

Jones County Sheriff's Office
500 W Main St.
Anamosa, IA 52205

Jail Adminsitrator Tate

**From:** SHAWN BERRY HERMES <request+1525591_178b58f2-d934-4fbb-b2ef-b6129474e187@inmates.reliancetelephone.com>
**Sent:** Sunday, July 23, 2023 12:30 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/23/2023 12:30:57 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
3

Request type:

requestType
-----------
Grievance

EXPLANATION:

requestText
-----------

## Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/17/2023 2:46 PM
To:SHAWN BERRY HERMES <request+1516215_4261d78e-210e-4641-a885-4de454322dd8@inmates.reliancetelephone.com>

This is a duplicate request.

Jail Adminsitrator Tate

**From:** SHAWN BERRY HERMES <request+1516215_4261d78e-210e-4641-a885-4de454322dd8@inmates.reliancetelephone.com>
**Sent:** Sunday, July 16, 2023 5:05 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/16/2023 05:05:51 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
4

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
I want to talk with an officer about my stolen property

about:blank

1/2

Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/17/2023 3:08 PM
To:SHAWN BERRY HERMES <request+1517481_47e690da-029f-40ae-aa7c-
be6119ac7f05@inmates.reliancetelephone.com>

If you would like to provide this type of information to the courts, you can contact your attorney.

Jail Adminsitrator Tate

_____

**From:** SHAWN BERRY HERMES <request+1517481_47e690da-029f-40ae-aa7c-
be6119ac7f05@inmates.reliancetelephone.com>
**Sent:** Monday, July 17, 2023 1:31 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/17/2023 01:31:15 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
3

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
So if i wanted to talk with coumty attorney about a deal where i know were a bunch of meth fintanoyl
and herion are coming from anyone want to listen to me then

Case 1:25-cv-00002-LTS-KEM    Document 1    Filed 11/15/24    Page 20 of 30

**Re: Inmate Request: Inmate Request**

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/31/2023 3:58 PM
To:SHAWN BERRY HERMES <request+1532284_bb8e49d5-4a89-4df0-9a45-
db5e82d0207f@inmates.reliancetelephone.com>

Once again, this is a statement not a request. Please be specific on what type of request you are making of the jail. If it is something that is within our ability to assist with, we will.

Jail Administrator Tate

**From:** SHAWN BERRY HERMES <request+1532284_bb8e49d5-4a89-4df0-9a45-
db5e82d0207f@inmates.reliancetelephone.com>
**Sent:** Thursday, July 27, 2023 1:39 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/27/2023 01:39:50 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
C

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
And then you people wonder why people commit suicde its because of heartless people that do nothing but ruin them and dont care about people at all

Re: Inmate Request: Inmate Request

**Inmate Request** <inmate.request@jonescountyiowa.gov>
Mon 7/31/2023 3:56 PM
To:SHAWN BERRY HERMES <request+1532268_39c94227-52df-466f-8aee-
ba4b34c8fb22@inmates.reliancetelephone.com>

This is a statement, not a request. Please be specific on what type of request you are making of the jail.
If it is something that is within our ability to assist with, we will.

Jail Administrator Tate

---

**From:** SHAWN BERRY HERMES <request+1532268_39c94227-52df-466f-8aee-
ba4b34c8fb22@inmates.reliancetelephone.com>
**Sent:** Thursday, July 27, 2023 1:32 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/27/2023 01:32:51 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
C

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
I just want you to know that you guys are the most heartless people i have ever met in my life i just
found a way to bond out of here by putting up my house for the bond but i cant call clerk of court to
find out i have no one on the out side to help me in any way since i have been in here my house has
been robbed my harley has been stolen and now my dogs have come up missing and they are
registered as my therapy dogs they are my kids i want you to know i hate everyone of you heartless

people everyone of you make me sick at your coceied people that think you are better than me i have lost a great job at proctor and gamble eveything i have worked my ass off for my whole life and and lost my a6 audi car and i garentee that everyone of these charges will be dropped because they are all made up and bullshit i just feel you should know how heartless and incosiderant you guys are to ruin a man on bullshit and lies once again i hate and will disrespect everyone of you as much as you have me



Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Mon 7/31/2023 4:39 PM
To:SHAWN BERRY HERMES <request+1534500_b0600c14-89b4-4843-b8e5-
93eb040d19e7@inmates.reliancetelephone.com>

An appeal to be released to take care of your personal matters can be made to your attorney. We as the
jail do not have the ability to authorize an inmate's release, this is done by the courts.

Jail Administrator Tate

**From:** SHAWN BERRY HERMES <request+1534500_b0600c14-89b4-4843-b8e5-
93eb040d19e7@inmates.reliancetelephone.com>
**Sent:** Friday, July 28, 2023 9:09 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/28/2023 09:09:08 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
C

Request type:

requestType
-----------
. Other

EXPLANATION:

requestText
-----------
What can we do abouf this storm my house is in olin i have nobody i need to know what is up with it
for insurance purposes and for my own peace of mind is there anything that can be done or is it the
complete heartless thing and nothing anyone going to do this is not far i need to know something im
not here on felonys i could be released on OR and i have never ran or missed a court date it is all i
have left in my life everything else has been taken my car my harley my dogs please do something

## Re: Inmate Request: Inmate Request

**Inmate Request** <inmate.request@jonescountyiowa.gov>
Mon 7/17/2023 3:10 PM
To:SHAWN BERRY HERMES <request+1517562_f69ea765-a1f1-4c65-8bad-b26a977389f8@inmates.reliancetelephone.com>

As I explained this morning, I can inform the members of the Sheriff's Office that you would like to speak with them. This was done this morning not long after we had a conversation. I cannot, however, make them come up to the jail floor to speak with you.

When they are ready, they will be up.

Jail Adminsitrator Tate

**From:** SHAWN BERRY HERMES <request+1517562_f69ea765-a1f1-4c65-8bad-b26a977389f8@inmates.reliancetelephone.com>
**Sent:** Monday, July 17, 2023 2:05 PM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/17/2023 02:05:15 PM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
3

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
This is no joke this is not me blowing smoke up anyones ass ive been asking for days to talk with someone this is your lose if you cant even talk to me

## Re: Inmate Request: Inmate Request

Inmate Request <inmate.request@jonescountyiowa.gov>
Fri 7/21/2023 8:18 PM
To:SHAWN BERRY HERMES <request+1523374_d0092197-4d1d-4f03-96e6-8b7203372e10@inmates.reliancetelephone.com>

A bond reduction hearing needs to be requested through your attorney. Based on your latest court order, it appears your attorney is Kyle Maurer and he can be reached at 563-452-3713.

Jail Administrator Tate

---

**From:** SHAWN BERRY HERMES <request+1523374_d0092197-4d1d-4f03-96e6-8b7203372e10@inmates.reliancetelephone.com>
**Sent:** Friday, July 21, 2023 11:46 AM
**To:** Inmate Request <inmate.request@jonescountyiowa.gov>
**Subject:** Inmate Request: Inmate Request

SHAWN BERRY HERMES [011220] at Wireless
Request Type: Inmate Request
Request Time: 07/21/2023 11:46:19 AM

Please submit requests by 10am

Cell/Bunk Number:
-----------------
3

Request type:

requestType
-----------
Other

EXPLANATION:

requestText
-----------
I need to put in for a bond reduction im not sure how to do this

# Sheet #1

ON 7-12-23 I was transferred to Jones County Jail. I did not Know that they raided my house Someone Darcie Dewar told me on my I-Pod that I had at the Jail that I had been broken in to (My House) So I started asking for the Sheriffs to come talk to me about my house be broken into, and my things being stolen. I have attached other documents that you can see me asking for them to come talk to me they totally ignored me as you will see. I bailed out of jail on Aug. 7, 2023 it took 3 more day before the Sheriffs came to my house for me to even report the crime. when you look in to this you will see everything yourself

I still had no clue that my
house had been raided by the
Sheriffs office. I never
recived a warrant or
evidence, sheet ever. Still
to this day. They had me in
their jail + never once
spoke to me even with my
repeated attemps for them
to come talk to me. I
have wittnesse's Jail
administrator Sara Tate
of Jones County Jail as
you can see from documents.
also Darcie Dewar a friend
who told me about the break
in. And Samatha Sion my
Girlfriend at the time. And
sheriffs office tha has the
open Case on the Burglary.

11-10-24

To Whom it may Concern,

Can you please return these papers to me I do not have acess to copies & I need these for my own persanal copies.

Thank you very much

Shawn Hennes

Shawn Hermes 632[illegible]

Mt. Pleasant Correctional
1200 E. Washington
Mt. Pleasant, IA 52641

"X-RAYED & CLEARED BY I.S.M.S. Ge

Hasler
11/13/2024
US POSTAGE $001.31 IMI

ZIP 52641
011E11678432



FOREVER / USA

Clerk United States District Court,
US Courthouse, PO Box 9344
Des Moines, IA 50306-9344

NOTICE: This Correspondence was
mailed from an institution of the Iowa
Department of Corrections