# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

RECEIVED
DEC 27 2024
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Shawn Hermes )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
Jones County Sherriff's Dept. )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shawn Hermes
All other names by which you have been known:
ID Number: 6326813
Current Institution: MT. Pleasant Correctional Facility
Address: 1200 E. Washington ST
MT. Pleasant    IA    52641
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jones County Sherriffs
Job or Title (if known): Sherriffs
Shield Number:
Employer: Jones County Sheriff's Dept.
Address: 500 W. Main ST
Anamosa    IA    52205
City    State    Zip Code

[ ] Individual capacity    [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City    State    Zip Code

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
                    *City*      *State*      *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
                    *City*      *State*      *Zip Code*
    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A.    Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Civil Rights, 2nd admendment, 4th Amendment

  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attached pages*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

July 1st at my house in Olin, IA 311 Rose Ave, 52320 with sheriff Macke

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

7-12-2023 - 8-10-2023 Jones County Jail and my home

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

to this complaint. And I have proof that can't be denied. I just need someone to listen + help Please thank you # God Bless

Sincerly
Shawn Hermes

Shawn Hermes

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   No Result thats why I'm filing this

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

*I tryed to file was no process to file a grievance*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes
      ☒ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-20-2024

Signature of Plaintiff: Shawn Hermes
Printed Name of Plaintiff: Shawn Hermes
Prison Identification #: 6326813
Prison Address: 1200 E. Washington ST, MT. Pleasant, IA 52641

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

house. I have proof that is not due process of the Law. Which makes that a 4th amendment violation + unconstitutional - Illegal search + sizure. He can not use the Good faith Law that cops try to use do to the lie on statement + not due process of law. Then when I was arrested on 7-11-23 I was in Jones County Jail and on 7-14-23. Thru the Reliance Teleaphone + I-pod program the Jail uses I was informed by Darcie Dewar a Friend watching my house. That my house had been broken into as well as my Shop \garage. My Harley Motorcycle was stolen a car. I had every tool. I had everything of value even my 2 dogs were stolen.

② I can get from the Jail Adminastrator Sara Tate the document of me asking over a dozen times for the sheriffs to come talk to me about a burglary at my home. The Jail admin Sara Tate can & will testify to all the requests & was totally ignored the sheriffs refused to come talk to me at all for 27 days & it took 3 days after I bailed out of Jail Aug. 7th 2023 to even get 3 sherriffs to come to my house to report the crime. 3 days of calling to get someone to take a report of the crime. There is proof of all of this that will show they did everything wrong. I still have an open burglary case they have found nothing. There is so much more

(1) This is for D see Attached pages
And statment of claim.
Sherriff's Sheldon Macke
Derek Denniston
Tim Smith
Nilan Lansing
and Sherriff Gapinski
and Sherriff Rickles
all involved in ~~these~~ this claim

Sheriff Sheldon Mackie came to my home he made a statment on a report that he knocked on my door of my house. He did come to my home but never got out of his car I was sitting on my steps at my front door he never exited his car he lied on the report & there is proof of this on camera & from depositions he stated he never got out of his car. He used the origanl statement to take to a judge to get a warrant to raid my

over →

C. What date and approximate time did the events giving rise to your claim(s) occur?

From June 27th thru Aug 10th 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attched Pages

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have PTSD, Sever Depression, Sever Anxity, Agoraphiabia. Was under control till I was in their jail and it put all of my issues thru the roof my mental state was destroyed from the lies + abuse of the Sherriff's

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I lost everything I owned + loved that I have work over 30yrs. for not to mention my 2 therapy dogs, my house bought + paid for completly my 2005 Harley, 2000 Mitsubishi Spyder Covertable, 2016 Audi A6 S-Line car Thousand + Thousands of dollars in tools electronics + more I lost my whole life because of these sherriffs + their lies. With punitive damages, my dogs, and everything else, I'm looking for 10 million in damages.

Shawn Hermes 6326813

~~IOWA MEDICAL and CLASSIFICATION CENTER~~
~~2700 Coral Ridge Ave.~~
~~Coralville, IA 52241~~

MT. Pleasant Correctional Facility
1200 East Washington St.
MT. Pleasant, IA 52641

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

"X-RAYED & CLEARED BY U.S.M.S."

CC

Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344

Hasler
12/23/2024
US POSTAGE $001.25⁰
FIRST-CLASS MAIL IMI
ZIP 52641
011E11678432